IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD MOORE, <br> DIN #84A1048, <br><br> Plaintiff, <br><br> v. <br><br> KATHY HOLT, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:09-CV-844-TMH <br> ) [WO] <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Upon review of the complaint filed by the plaintiff on September 3, 2009, and for good cause, it is

ORDERED that on or before September 28, 2009 the plaintiff shall file an amendment to the complaint in which he specifically describes how defendant Holt acted in violation of his constitutional rights.

Done this 8th day of September, 2009.

                         /s/ Susan Russ Walker
                         SUSAN RUSS WALKER
                         CHIEF UNITED STATES MAGISTRATE JUDGE