IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES EDWARD MOORE, ) | |
| DIN #84A1048, ) | |
|  ) | |
| Plaintiff, ) | |
|  ) | |
| v. ) | CIVIL ACTION NO. 2:09-CV-844-TMH |
|  ) | [WO] |
|  ) | |
| KATHY HOLT, ) | |
|  ) | |
| Defendant. ) | |

**ORDER ON MOTION**

The plaintiff filed a motion for appointment of counsel on September 28, 2009 (Court Doc. No. 7). The court notes that the facts underlying the plaintiff's pending claims for relief are relatively simple, the law applicable to such claims is not complex nor is the plaintiff required to cite any case law to this court in order to proceed on his claims. Moreover, the pleadings filed in this case establish that the plaintiff is capable of presenting the relevant facts and necessary elements of his claims to this court and likewise fail to demonstrate that there are exceptional circumstances justifying appointment of counsel. *See Bass v. Perrin*, 170 F.3d 1312, 1320 (11th Cir. 1999); *Kilgo v. Ricks*, 983 F.2d 189, 193 (11th Cir. 1993); *Dean v. Barber*, 951 F.2d 1210, 1216 (11th Cir. 1992). Accordingly, the interests of justice do not compel appointment of counsel at this time, and it is

ORDERED that the motion for appointment of counsel be and is hereby DENIED.

Done this 29th day of September, 2009.

  /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE